UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DENNIS MICHAEL PERKS**,

      Petitioner,

v.                                          Case No. 05-CV-72657-DT
                                          Hon. Bernard A. Friedman

**DOUGLAS VASBINDER,**

      Defendant.

_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Paul J. Komives' Report and Recommendation dated July 17, 2006. No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Paul J. Komives' Report and Recommendation dated July 17, 2006, is hereby accepted and adopted.

IT IS FURTHER ORDERED that petitioner's application for writ of habeas corpus is denied.


  September 8, 2006                                     s/Bernard A. Friedman
    Detroit, Michigan                                 BERNARD A. FRIEDMAN
                                                            CHIEF JUDGE


**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

      **/s/ Patricia Foster Hommel**
        **Patricia Foster Hommel**
  **Secretary to Chief Judge Friedman**