UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DENNIS MICHAEL PERKS**,

    Petitioner,

v.                                                Case No. 05-CV-72657-DT
                                                  Hon. Bernard A. Friedman

**DOUGLAS VASBINDER,**

    Defendant.

_____/

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order filed this date, it is ordered and adjudged that the Report and Recommendation of Magistrate Judge Paul J. Komives dated July 17, 2006, is hereby accepted and adopted; and that petitioner's application for writ of habeas corpus is denied.

                                                            DAVID J. WEAVER
                                                            CLERK OF COURT

                                                         By    s/Carol Mullins
                                                              Carol Mullins, Deputy Clerk
                                                              (313) 234-5172

    s/Bernard A. Friedman
        Bernard A. Friedman
            Chief Judge

**I hereby certify that a copy of the foregoing document
was served this date upon counsel of record
electronically and/or via first-class mail.**

      **/s/ Patricia Foster Hommel**
            **Patricia Foster Hommel**
   **Secretary to Chief Judge Friedman**